IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 26-47-GF-KLD |
| Plaintiff, | |
| vs. | ORDER |
| SILVIA LACHE, | |
| Defendant. | |

The Government has filed an unopposed motion to dismiss the complaint against Defendant Silvia Lache with prejudice. (Doc. 3). The motion is brought pursuant to Federal Rule of Criminal Procedure 48(a). Accordingly, and good cause appearing,

IT IS ORDERED that the complaint against Defendant (Doc. 1) is DISMISSED without prejudice.

DATED this 22nd day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1